# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GABRIEL GUZMAN,

        Plaintiff,

v.

    CASE NO. 2:07-11516
    DISTRICT JUDGE DENISE PAGE HOOD
    MAGISTRATE JUDGE WHALEN

FEDERAL BUREAU OF PRISONS, *et al.*,

        Defendants.
_____/

## ORDER
## CONSTRUING THE COMPLAINT TO NAME ADDITIONAL DEFENDANTS AND DIRECTING SERVICE WITHOUT PREPAYMENT OF COSTS AND AUTHORIZING THE UNITED STATES MARSHAL TO COLLECT COSTS AFTER SERVICE IS MADE

Plaintiff Gabriel Guzman has filed a *pro se* civil rights complaint. The only defendant named in the caption of the complaint is the Federal Bureau of Prisons. However, the complaint and attachments also mention the following persons at the Federal Correctional Institution in Milan, Michigan (FCI-Milan): Mr. Phil[i]ps, Dr. Malatinski, C.M. Eichenlaub, R. Esquibel, Miss Perez, and James Zestos. The Court construes the *pro se* complaint liberally, as it must under *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972), to include Philips, Malatinski, C.M. Eichenlaub, Esquibel, Perez, and Zestos as additional defendants.

Because Plaintiff has been granted leave to proceed without prepayment of the filing fee for this action, the Court **ORDERS** the United States Marshal to serve the appropriate papers in this case on the Federal Bureau of Prisons at FCI-Milan, Mr. Phil[i]ps, Dr. Malatinski, C.M. Eichenlaub, R. Esquibel, Miss Perez, and James Zestos without

prepayment of the costs for such service. The Marshal may collect the usual and customary costs from Plaintiff after effecting service.

The Court **ORDERS** Plaintiff to serve a copy of all future documents on the defendants or on defense counsel if legal counsel represents the defendants. Plaintiff shall attach to all original documents filed with the Clerk of the Court a certificate stating the date that Plaintiff mailed a copy of the original document to the defendants or to defense counsel. The Court will disregard any paper received by a district judge or a magistrate judge if the paper has not been filed with the Clerk or if it fails to include a certificate of service.

s/R. STEVEN WHALEN
_____
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: June 4, 2007

CERTIFICATION

I certify that, on the date indicated below, I arranged for service as provided above and that I mailed a copy of this order to Plaintiff.

    s/Teresa McGovern

Dated: June 4, 2007                        Deputy Clerk