UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GABRIEL GUZMAN, #07424089,

    Plaintiff,        CIVIL ACTION NO. 07-CV-11516

v.                      DISTRICT JUDGE DENISE PAGE HOOD
                         MAGISTRATE JUDGE R. STEVEN WHALEN

FEDERAL BUREAU OF
PRISON, ET AL.,

    Defendant(s).
_____/

**REPORT AND RECOMMENDATION**

Plaintiff's Motion to Order Defendants to File a Response [Docket #6] is hereby

DENIED AS MOOT.

    SO ORDERED.

                                S/R. Steven Whalen
                                R. STEVEN WHALEN
                                UNITED STATES MAGISTRATE JUDGE

Dated: January 16, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on January 16, 2008.

                                S/G. Wilson
                                Judicial Assistant